In the Matter of the Application of WILLIAM HAHN, Appellant, to Review the Action of JOHN T. DOOLING et al., Composing the Board of Elections of the City of New York, Respondents.

CHARLES B. PAGE, Respondent.

*Matter of Hahn,* 129 App. Div. 910, affirmed.
(Argued February 10, 1909; decided March 2, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 24, 1908, which affirmed an order of Special Term denying a motion for a summary review of the action of the Board of Elections of the City of New York in awarding a certificate of election to Charles B. Page, as executive mem-

ber and member of the county committee of the Republican party.

*Charles W. Coleman* for appellant.

*Francis K. Pendleton, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for John T. Dooling et al., respondents.

*Julius M. Mayer* for Charles B. Page, respondent.

*Gherardi Davis* for Republican County Committee, intervening.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.